IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMMY LODA HULL**                                                                  PLAINTIFF

v.                              No. 4:13-cv-16-DPM–JJV

**CAROLYN W. COLVIN,**
Acting Commissioner, Social
Security Administration                                                              DEFENDANT

ORDER

No one has objected to Magistrate Judge Joe Volpe's Proposed Findings and Recommendations, № 16. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the proposal. The Commissioner's final decision is reversed, and the claim is remanded.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013