IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMMY LODA HULL**                                                                              PLAINTIFF

v.                                    No. 4:13-cv-16-DPM-JJV

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                                     DEFENDANT

## JUDGMENT

The administrative decision is reversed, and the claim is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013