IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY LODA HULL                                                         PLAINTIFF

v.                          No. 4:13-cv-16-DPM

SOCIAL SECURITY ADMINISTRATION,
Michael J. Astrue, Commissioner                                         DEFENDANT

ORDER

The Court directs the Clerk to administratively terminate Hull's motion for attorney's fees. № 27. Hull may move the Court to reinstate the motion if and when necessary.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

23 December 2014